### RICH v. R. L. CASEY, INC.

No. 152P95

Case below: 118 N.C.App. 156

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 1 June 1995.

### RITTER v. DEPT. OF HUMAN RESOURCES

No. 182P95

Case below: 118 N.C.App. 564

Petition by petitioner (Thomas A. Ritter) for discretionary review pursuant to G.S. 7A-31 denied 1 June 1995.

### SASSER v. SOUTHERLAND

No. 147P95

Case below: 117 N.C.App. 732

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 1 June 1995.

### SENJAN v. N.C. DEPT. OF TRANSPORTATION

No. 204P95

Case below: 118 N.C.App. 585

Petition by petitioner (Senjan) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 1 June 1995.

### SIMS v. DRAVO CORP.

No. 119P95

Case below: 118 N.C.App. 174

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 1 June 1995.